# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Robert Wayne Williams
Full name and prison name of
Plaintiff(s)

v.

Southern Health Partners
Dr Mc Wolters
Covington County ALABAMA
Dennis Meeks
Preston Hughes
Donald Jackson
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:10CV386-1D
(To be supplied by Clerk of U.S. District Court)

RECEIVED 2010 MAY -5 A 10:30 DEBRA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT AL

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒  NO ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐  NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Robert Williams

         Defendant(s) Covington County, AL - Don Jackson - Preston Hughes - Dennis Meeks - Dr Mc Wolters

      2. Court (if federal court, name the district; if state court, name the county)

3. Docket number _____
4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) ~~2-D~~ ?
6. Approximate date of filing lawsuit 6/2008
7. Approximate date of disposition ?

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Dr Andalusia, AL 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same as above

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                               ADDRESS
1. Southern Health Partners
2. 
3. Covington County, AL
4. Dennis Meeks
5. Preston Hughes
6. Donald Jackson

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Starting March 18, 2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
GROUND ONE: Southern Health Partner and Dr arbitrarily stopped heart medication and

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)
other meds for my health based solely on price without regard for my health while I was not even examined by insurance company or said doctor and as an indigent prisoner being denied prescription medicines because tylenol and rolaids ↓Down

GROUND TWO: Unfit jail facilities

SUPPORTING FACTS: Water in cells does not work and if it does leaks and showers are moldy and mildewed with dangerous black mold. Fences on upper tiers are covered with accumulated scum We are kept in subhuman conditions that would not be allowed in a private residence we were renting

GROUND THREE: Denying me the ability to assist in my own defense

SUPPORTING FACTS: I have been denied the ability to help in my own defense by being denied access to the law library

(1) are on commisary but I have no money I take naprisin and plavix and protonix. And there is an insurance plan (Southern Health Partners) that has no appeals process for drugs they refuse to cover. And they refuse to cover painful medical conditions.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want all my meds
I want jail brought to standard
Monetary Relief for myself

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 23, 2010
            (Date)

_____
Signature of plaintiff(s)

Robert W. Williams
290 Hillcrest Dr
Andalusia, AL 36420


US POSTAGE

Middle District of Alabama
Office of the Clerk
United States District Court
PO Box 711
Montgomery, AL 36101-0711